UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DRAKE JOSEPH GEISLER                                                       CIVIL ACTION

VERSUS                                                                              NO. 19-13658

LOUISIANA STATE ET AL.                                                   SECTION "M"(2)

**PARTIAL DISMISSAL ORDER**

    Plaintiff Drake Joseph Geisler, who is incarcerated in a parish jail, filed this action pursuant to 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights by denying him a kosher diet in prison.[1]   Named as defendants are: the State of Louisiana, the Terrebonne Parish Criminal Justice Complex (the "Terrebonne jail"), Sheriff Jerry Larpenter, Major Stephen Bergeron, Terrebonne Parish President Gordon Dove, and Lieutenant T. Schwausch.   The State of Louisiana filed a motion to dismiss arguing that the Eleventh Amendment provides it immunity from this type of suit.[2]   Dove and the Terrebonne jail also filed a motion to dismiss arguing, respectively, that: (1) Geisler does not state a claim against Dove in either his personal or official capacity because Geisler does not allege that Dove was personally involved in his individual capacity in the alleged constitutional violation, and the jail (including jail policy) is the sheriff's responsibility (including the making of official policy), not that of the parish president, so there is no basis for relief against Dove in his official capacity; and (2) Geisler does not state a claim against the Terrebonne jail because it is not an entity capable of being sued.[3]   The two motions were referred to the United States Magistrate Judge, who issued a separate Report and Recommendation ("R&R") granting each motion on the principal grounds urged by movants.[4]

---

[1] R. Docs. 1 at 5; 14 at 3-4.
[2] R. Doc. 23.
[3] R. Doc. 18.
[4] R. Docs. 25 & 26 (together, "R&Rs").

The Court, having considered the complaint, the record, the applicable law, the two R&Rs of the magistrate judge, and the failure of plaintiff to file an objection to either R&R, hereby approves the two R&Rs and adopts them, together, as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the motion of defendants Dove and the Terrebonne jail to dismiss for failure to state a claim (R. Doc. 18) is **GRANTED** and Geisler's claims against these two defendants pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the motion of defendant the State of Louisiana to dismiss for failure to state a claim (R. Doc. 23) is **GRANTED** and Geisler's claim against the State of Louisiana pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 21st day of April, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE