UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DRAKE JOSEPH GEISLER                                                         CIVIL ACTION

VERSUS                                                                                    NO. 19-13658

LOUISIANA STATE ET AL.                                                       SECTION M (2)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation, and the failure of any party to file an objection to Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim that he was denied his First Amendment right to the free exercise of religion by being denied religious services is **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), and alternatively, as barred by qualified immunity.

**IT IS FURTHER ORDERED** that plaintiff's claim that he was denied his First Amendment right to the free exercise of religion by being denied a kosher diet is **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), and alternatively, as barred by qualified immunity.

**IT IS FURTHER ORDERED** that this Court declines to exercise jurisdiction over plaintiff's state law claim for slander/defamation and those claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's claim for injunctive relief is **DISMISSED AS MOOT**, as he is no longer incarcerated at the Terrebonne jail, where he alleges his constitutional rights were denied.

New Orleans, Louisiana, this 29th day of September, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE